# Third District Court of Appeal
## State of Florida

Opinion filed January 20, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-530
Lower Tribunal No. 19-6227, CSE No. 2001019153
_____

**Trent Maurice Granville,**
Appellant,

vs.

**Merlyn Martinez, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Arthur L. Rothenberg, Senior Judge.

Trent Maurice Granville, in proper person.

Ashley Moody, Attorney General, and Toni C. Bernstein (Tallahassee), Senior Assistant Attorney General, for appellee Department of Revenue.

Before FERNANDEZ, LINDSEY and BOKOR, JJ.

PER CURIAM.

Affirmed.